**David B. CHICK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 73146.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 21, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

David B. Chick, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. Movant pleaded guilty to four counts of forgery (Counts I & II in Cause No. CR796–209FX and Counts I & II in Cause No. CR796–253FX) in violation of section 570.090, RSMo 1994.

We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2).

We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.

**STATE of Missouri, Respondent,**

v.

**Robbin K. CLAY, Appellant.**

**No. 71093.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Robbin K. Clay, appeals the judgment entered by the Circuit Court of the City of St. Louis after a jury found him guilty of one count of sexual abuse in the first degree, RSMo section 566.100 (Cum. Supp.1992).

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).